# Court of Appeals
# of the State of Georgia

ATLANTA,   July 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0428.  JAMIE CONNER v. THE STATE.**

On May 14, 2012, the trial court entered an order denying Jamie Conner's motion to modify her sentence.  On June 14, 2012, Conner filed an application for discretionary appeal in this Court.  To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Because this application was filed 31 days after entry of the order Conner seeks to appeal, it is untimely and we lack jurisdiction to consider it.  See *Hill*, supra.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 07/10/2012
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*